

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00329-CR

**GARY L. TYSON, SR.,**

          **Appellant**

 **v.**

**THE STATE OF TEXAS,**

          **Appellee**

**From the 278th District Court
Walker County, Texas
Trial Court No. 27985**

## O R D E R

The State's motion entitled "Motion for Leave to File Appellee's Supplemental Letter Brief in Support of Appellee's Brief" was filed on April 5, 2019.  The motion is granted to the extent that the tendered letter brief was filed with this Court on April 5, 2019.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Motion granted
Order delivered and filed April 17, 2019

